In the Matter of SHELTON JOHNSON, Respondent, v NEW YORK CITY DEPARTMENT OF ENVIRONMENTAL PROTECTION et al., Appellants.

Submitted July 9, 2007; decided September 6, 2007

Reported below, 34 AD3d 241, 7 AD3d 383.

Motion to expand the record granted and the record deemed expanded.